1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Gerald Scarbrough,                          )
                                            )
            Plaintiff,                      )
                                            )
vs.                                         )
                                            )
Northwest Airlines, Inc. and Delta Air      )
Lines, Inc.,                                )
                                            )
            Defendants.                     )

EXHIBIT A        True and correct copies of the process and pleadings in
                 ***Scarbrough v. Northwest Airlines, Inc. and Delta Airlines, Inc.,***
                 Maricopa County Superior Court No. CV2010-002347

Complaint
Summons
Certificate of Compulsory Arbitration
Corporation Service Company – Notice of Service of Process (Delta Airlines)
CT Corporation – Service of Process Transmittal (Northwest Airlines, Inc.) (along with
         copies of documents served)
Notice of Appearance
Motion to Dismiss
Response to Certificate of Compulsory Arbitration
Amendment to Complaint
Motion to Set and Certificate of Readiness
Answer to Complaint
Defendants' Controverting Certificate
Notice of Filing Notice of Removal

COPY

NAME: Gerald Scarbrough
ADDRESS: P.O. BOX 91075
CITY & STATE: Phoenix Arizona
ZIP: 85066
PHONE: 314-497-2651

JAN 1 9 2010



MICHAEL K. JEANES, CLERK
A. ABNER
DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Gerald Scarbrough )
)
)
)
———————————————— )
                    PLAINTIFF, )
)
        vs. )
)
)
North West Airlines INC )
)
Delta Airlines INC )
                    DEFENDANT. )

CASE NO.: CV2010-002347

TITLE: _____

Complaint

Disceimination
Failure to pay sick Leave OR on the Job
Inguary - OJI
Failure to provide NON-violent work Environment
Allowing Physical + Verbal Harcsament

1-19-10

Form #207  LRD2/15/01  ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

2 of 10 AT 05/10 HLS

E.R.

Name of Person Filing: Gerald Scarbrough
Your Address: P.O. Box 91075
Your City, State, Zip Code: Phoenix Arizona 85066
Your Telephone Number: 314-497-2651
Attorney Bar Number (if applicable): _____
Representing ☒ Self (Without an Attorney) or ☐ Plaintiff or ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

Gerald Scarbrough
**Name of Plaintiff**

Case No.: CV2010-002347

North West Airlines ᴵᴺᶜ/Delta Airlies
~~Name of Defendant~~

**SUMMONS**

> **WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO** _____
                                                    **Name of Defendant**

1.    A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.    If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 or the Office of the Clerk of the Superior Court, 222 East Javelina Drive, Mesa, Arizona 85210-6201 or Office of the Clerk of Superior Court, 14264 W. Tierra Buena Lane, Surprise, Arizona 85374. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.    If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Plaintiff/Attorney listed at the address on the top of this paper, or from the Clerk of the Superior Court's Customer Service Center at 601 W. Jackson, Phoenix, Arizona 85003 or at 222 E. Javelina Drive, Mesa, Arizona 85210.

Form #210  LRD 03/23/2004  ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

6.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least five (5) days before your scheduled court date.

SIGNED AND SEALED this date

COPY

MICHAEL K. JEANES, CLERK OF COURT

JAN 1 9 2010

By_____
        Deputy Clerk

MICHAEL K. JEANES, CLERK
A. ASHER
DEPUTY CLERK

SUM

Page 2 of 2

Form #210  LRD 03/23/2004  ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

NAME: Gerald Scarbrough

ADDRESS: P.O. BOX 91075

CITY, STATE, ZIP: Phoenix AZ 85066

**COPY**

JAN 1 9 2010

MICHAEL K. JEANES, CLERK
A. ASHER
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Gerald Scarbrough )
                   )   CV2010-002347
                   )
————————————— )  NO. ————————————
       **PLAINTIFF,** )
                   )   **CERTIFICATE OF**
       **vs.**        )   **COMPULSORY**
                   )   **ARBITRATION**
North West Aires INC )
Delta Airlines INC )
       **DEFENDANT.** )
————————————— )

The undersigned certifies that the largest award sought by the

complainant, including punitive damages, but excluding interest,

attorneys' fees, and costs **does / does not** exceed limits set by

Local Rule for compulsory arbitration. This case **is / is not**

subject to the Uniform Rules of Procedure for Arbitration.

SUBMITTED this _19_ day of _January_, 20_10_.

BY Gerald Scarbrough

Form #200  LRD 3/20/01  ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

# Corporation Service Company ®

*CSC SameDay SOP and CSC PowerBrief clients, click here to receive and view your Service of Process documents now.*
*For more information on instant access to your SOP, click Sign Me Up.*

**NOTICE OF SERVICE OF PROCESS**

Transmittal Number: 7390532
Date: 02/12/2010

Pursuant to client instructions, we are forwarding this summary and notice of Service of Process. The Service of Process document has been sent to the primary contact listed below.

| | |
|---|---|
| **Entity:** | Delta Air Lines, Inc. |
| **Entity I.D. Number:** | 2078129 |
| **Entity Served:** | Delta Airlines |
| **Title of Action:** | Gerald Scarbrough vs. Northwest Airlines |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court:** | Maricopa County Superior Court, Arizona |
| **Case Number:** | CV2010-002347 |
| **Jurisdiction Served:** | Arizona |
| **Date Served on CSC:** | 02/11/2010 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Gerald Scarbrough
314-497-2651

**Primary Contact:**
J. Scott McClain
Delta Air Lines, Inc

**Copy of transmittal only provided to:**
Chad Dietz
Allison Rice
Norma Anderson

**NOTES:**
Plantiff is claiming Employment Discrimination/ Harrasment. Amount of Money Sought is not apparent

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

Please visit www.cscglobal.com for more information on CSC's Litigation and Matter Management services, including service of process (SOP) history, online acknowledgement of SOP, fully electronic scanned SOP and SOP package tracking information.

### CSC is SAS70 Type II certified for its Litigation Management System.

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com

 **CT Corporation**

**Service of Process Transmittal**
02/11/2010
CT Log Number 516144290

TO:     Allison Rice
        Delta Air Lines, Inc.
        Legal Dept. #971, 1030 Delta Boulevard
        Floor 4, Hartsfield International Airpor
        Atlanta, GA 30320-6001

RE:     **Process Served in Arizona**

FOR:    Northwest Airlines, Inc. (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Gerald Scarbrough, Pltf. vs. North West Airlines Inc./Delta Airlines, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Certificate |
| **COURT/AGENCY:** | Superior Court, Maricopa County, AZ<br>Case # CV2010-002347 |
| **NATURE OF ACTION:** | Employee Litigation - Personal Injury - Alleges discrimination - Failure to pay for sick leave |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/11/2010 at 09:10 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Gerald Scarbrough<br>P.O. Box 91075<br>Phoenix, AZ 85066<br>314 497 2651 |
| **REMARKS:** | Documents received have been altered prior to receipt by CT. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/11/2010, Expected Purge Date: 02/16/2010<br>Image SOP<br>Email Notification, Allison Rice 971CT.Delta@delta.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Issis Gonzalez<br>2394 E. Camelback Road<br>Phoenix, AZ 85016<br>602-277-4792 |

Page 1 of  1 / AM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

*2-15-10 AT 0510 HLS*
*D. R.*

Name of Person Filing: Gerald Scarbrough
Your Address: P.O. Box 91075
Your City, State, Zip Code: Phoenix, Arizona 85066
Your Telephone Number: 314-497-2651
Attorney Bar Number (if applicable): _____
Representing ☒ Self (Without an Attorney) or ☐ Plaintiff or ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

Gerald Scarbrough
**Name of Plaintiff**

Case No.: CV2010-002347

North West Airlines Inc./Delta Airlies
**Name of Defendant**

**SUMMONS**

> **WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

## FROM THE STATE OF ARIZONA TO_____
Name of Defendant

1. **A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this "Summons".**

2. **If you do not want a judgment or order taken against you without your input, you must file an "Answer" or a "Response" in writing with the court, and pay the filing fee. If you do not file an "Answer" or "Response" the other party may be given the relief requested in his/her Petition or Complaint. To file your "Answer" or "Response" take, or send, the "Answer" or "Response" to the Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 or the Office of the Clerk of the Superior Court, 222 East Javelina Drive, Mesa, Arizona 85210-6201 or Office of the Clerk of Superior Court, 14264 W. Tierra Buena Lane, Surprise, Arizona 85374. Mail a copy of your "Response" or "Answer" to the other party at the address listed on the top of this Summons.**

3. **If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.**

4. **You can get a copy of the court papers filed in this case from the Plaintiff/Attorney listed at the address at the top of this paper, or from the Clerk of the Superior Court's Customer Service Center at 601 W. Jackson, Phoenix, Arizona 85003 or at 222 E. Javelina Drive, Mesa, Arizona 85210.**

Form #210  LRD 03/23/2004  ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

5.   Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least five (5) days before your scheduled court date.

SIGNED AND SEALED this date

COPY

MICHAEL K. JEANES, CLERK OF COURT

JAN 1 9 2010

By_____
       Deputy Clerk

MICHAEL K. JEANES, CLERK
A. ASHER
DEPUTY CLERK

Form #216  LRD 03/23/2004  ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

NAME: Gerald Scarbrough
ADDRESS: P.O. BOX 91075
CITY & STATE: Phoenix Arizona
ZIP: 85066
PHONE: 314-497-2651

**COPY**

JAN 1 9 2010

MICHAEL K. JEANES, CLERK
A. ASHER
DEPUTY CLERK

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

Gerald Scarbrough )
)
)
)
)
_____ )
PLAINTIFF, )
)
vs. )
)
)
North West Airlines INC )
)
)
Delta Airlines INC )
DEFENDANT. )
_____ )

CASE NO.: CV2010-002347

TITLE: _____

Complaint

_____

_____

Discrimination
Failure to pay sick leave or on the job
Injury - OJI
Failure to provide Non-violent work environment
Allowing Physical + Verbal Harassment

1-19-10

Form # 207 LRD 2/15/01 ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

NAME: Gerald Scarbrough

ADDRESS: P.O. BOX 91075

CITY, STATE, ZIP: Phoenix AZ 85066

**COPY**

JAN 1 9 2010

MICHAEL K. JEANES, CLERK
A. ASHER
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Gerald Scarbrough )
_____ )
            **PLAINTIFF,** )
                          )
        **VS.**           )
North West Airles INC )
Delta Airlines INC )
            **DEFENDANT.** )
_____ )

CV2010-002347

NO. _____

**CERTIFICATE OF
COMPULSORY
ARBITRATION**

The undersigned certifies that the largest award sought by the

complainant, including punitive damages, but excluding interest,

attorneys' fees, and costs does / does not exceed limits set by

Local Rule for compulsory arbitration. This case is / is not

subject to the Uniform Rules of Procedure for Arbitration.

SUBMITTED this 19 day of January, 20 10.

BY Gerald Scarbrough

CCA

Form #200   LRD 3/20/01   ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

**FORD & HARRISON** LLP

2525 East Camelback Road, Suite 450
Phoenix, Arizona 85016
Telephone: (602) 627-3500
Facsimile: (602) 627-3501

Dinita L. James, State Bar No. 25253
Direct Dial: (602) 627-3520
E-mail: djames@fordharrison.com

Christopher M. McFadden, State Bar No. 026308
Direct Dial: (602) 627-3524
E-mail: cmcfadden@fordharrison.com

Attorneys for Defendants Northwest Airlines, Inc.
and Delta Air Lines, Inc.



COPY



MAR 0 3 2010

MICHAEL K. JEANES, CLERK
J. GARCIA
DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

|  |  |
|---|---|
| Gerald Scarbrough,<br><br>         Plaintiff,<br><br>vs.<br><br>Northwest Airlines, Inc. and Delta Air<br>Lines, Inc.,<br><br>         Defendants. | No. CV2010-002347<br><br>**NOTICE OF APPEARANCE**<br><br>(Assigned to the Honorable<br>Sam Myers) |

Dinita L. James and Christopher M. McFadden, of Ford & Harrison LLP, hereby enter their appearance as counsel on behalf of Defendants Northwest Airlines, Inc. and Delta Air Lines, Inc. in this matter. Please add Ms. James' and Mr. McFadden's contact information as follows:

> Dinita L. James, State Bar No. 025253
> djames@fordharrison.com
> Christopher M. McFadden, State Bar No. 026308
> cmcfadden@fordharrison.com
> FORD & HARRISON LLP
> 2525 East Camelback Road, Suite 450
> Phoenix, Arizona 85016
> Telephone: 602-627-3500
> Facsimile: 602-627-3501

1    DATED this 3rd day of March, 2010.

2

3                                              FORD & HARRISON LLP

4                                        By: _____

5                                              Dinita L. James
                                               Christopher M. McFadden
6                                              2525 E. Camelback Rd., Suite 450
                                               Phoenix, Arizona  85016
7                                              Telephone: (602) 627-3520
                                               Facsimile: (602) 627-3501
8                                              djames@fordharrison.com
                                               cmcfadden@fordharrison.com
9

10                                             Attorneys for Defendants Northwest
                                               Airlines, Inc. and Delta Air Lines, Inc.
11

12

13   Original filed with the Court,
     and a copy hand delivered, this
14   3rd day of March, 2010 to:

15
     The Honorable Sam Myers
16   Maricopa County Superior Court
     Judge of the Superior Court
17   201 W. Jefferson, 7th Flr.
     Phoenix, Arizona  85003
18

19   Copy of the foregoing mailed this
     3rd day of March, 2010, to:
20

21   Gerald Scarbrough
     P.O. Box 91075
22   Phoenix, Arizona  85066
     Pro Per Plaintiff
23

24

25   Phoenix:18589.1

26

27

28

FORD & HARRISON LLP

2525 East Camelback Road, Suite 450
Phoenix, Arizona 85016
Telephone: (602) 627-3500
Facsimile: (602) 627-3501

Dinita L. James, State Bar No. 25253
Direct Dial: (602) 627-3520
E-mail: djames@fordharrison.com

Christopher M. McFadden, State Bar No. 026308
Direct Dial: (602) 627-3524
E-mail: cmcfadden@fordharrison.com

Attorneys for Defendants Northwest Airlines, Inc
and Delta Air Lines, Inc.



COPY

MAR 0 8 2010

MICHAEL K. JEANES, CLERK
J. GARCIA
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Gerald Scarbrough,

        Plaintiff,

vs.

Northwest Airlines, Inc. and Delta Air
Lines, Inc.,

        Defendants.

No. CV2010-002347

**MOTION TO DISMISS**

(Assigned to the Honorable
Sam Myers)

Defendants, Northwest Airlines, Inc. (Northwest), and Delta Air Lines, Inc. ("Delta"),[1] move to dismiss Plaintiff's Complaint pursuant to Arizona Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

### MEMORANDUM OF LAW

On February 11 and 12, 2010, respectively, Plaintiff served Defendants with a 21-word Complaint. The Complaint uses the words "discrimination" and "harassment" and the phrase "failure to pay sick leave," but contains no complete sentences. Thus, the Complaint fails to set forth facts remotely adequate to meet Plaintiff's burden of providing Defendant with proper notice of the basis for the Complaint. The Court cannot reasonably interpret these 21 words as stating a claim upon which relief could be granted. Thus, the Court must dismiss Plaintiff's Complaint for failure to state a claim.

---

[1] Defendants merged in October 2008, pursuant to which Northwest became a wholly owned subsidiary of Delta. The single airline now operates under the name Delta.

FORD & HARRISON LLP

1    Arizona Rule of Civil Procedure 8(a)(2) requires that a pleading must contain "[a]

2    short and plain statement of the claim showing that the pleader is entitled to relief."

3    Under Rule 12(b)(6), the opposing party may move to dismiss the claim for "[f]ailure to

4    state a claim upon which relief can be granted." The purpose of Arizona's pleading

5    standard is to "give fair notice of the nature and basis of the claim and indicate generally

6    the type of litigation involved." *Cullen v. Auto-Owners Ins. Co.*, 218 Ariz. 417, 419

7    (2008) (quoting *Mackey v. Spangler*, 81 Ariz. 113, 115 (1956)).

8    When ruling on a motion to dismiss for failure to state a claim, Arizona courts

9    consider only "the pleading itself and . . . the well-pled factual allegations contained

10   therein." *Id.* A plaintiff cannot survive a motion to dismiss by making "mere conclusory

11   statements." *Id.* In addition, a court may not "speculate about hypothetical facts that

12   might entitle the plaintiff to relief," and must rely on only Plaintiff's alleged facts and

13   "reasonable interpretations of those facts." *Id.* at 420.

14   The Court must dismiss Plaintiff's Complaint because the Court cannot reasonably

15   interpret the 21 words provided by Plaintiff to suggest that Plaintiff may be entitled to

16   relief under any legal theory.

17   Of the four words or phrases that comprise Plaintiff's complaint, two are outright

18   legal conclusions that the Court must disregard: "Discrimination" and "Allowing

19   Physical + Verbal Harrsament [sic]." The other two phrases, even if accepted as true, do

20   not suggest discriminatory motive **in any way**: "Failure to pay sick Leave or on the job

21   Injury – OJI" and "Failure to provide non-violent work environment."

22   Plaintiff has failed to articulate clearly the conduct about which he complains,

23   failed to identify the alleged participants, and failed to identify a general time frame

24   during which any alleged wrongful conduct occurred. Even under the most liberal of

25   pleading standards, this claim must fail because it provides Defendants with no

26   information about "the nature and basis of" this claim. Thus, the Court cannot reasonably

27   infer that Plaintiff could be entitled to relief under any legal theory. To do so, the Court

28   would need to "speculate about hypothetical facts," an exercise that the Arizona Supreme

2

FORD & HARRISON LLP

1    Court has forbidden.

2           Wherefore, Defendants respectfully request that this Court enter an Order

3    dismissing Plaintiff's Complaint.

4           DATED this 3rd day of March, 2010.

5
                                        FORD & HARRISON LLP
6

7                                       By: _____
8                                           Dinita L. James
                                            Christopher M. McFadden
9                                           2525 E. Camelback Rd., Suite 450
                                            Phoenix, Arizona  85016
10                                          Telephone:  (602) 627-3520
                                            Facsimile:  (602) 627-3501
11                                          djames@fordharrison.com
12
                                            Attorneys for Defendants Northwest
13                                          Airlines, Inc. and Delta Air Lines, Inc.
14

15   Original filed with the Court,
     and a copy hand delivered, this
16   3rd day of March, 2010 to:

17   The Honorable Sam Myers
     Maricopa County Superior Court
18   Judge of the Superior Court
     201 W. Jefferson, 7th Flr.
19   Phoenix, Arizona  85003
20

21   Copy of the foregoing mailed this
     3rd day of March, 2010, to:
22

23   Gerald Scarbrough
     P.O. Box 91075
24   Phoenix, Arizona  85066
     Pro Per Plaintiff
25

26

27   Phoenix:18578.1

28

                                        3

FORD & HARRISON LLP

1
2525 East Camelback Road, Suite 450
Phoenix, Arizona 85016
Telephone: (602) 627-3500
2
Facsimile: (602) 627-3501

3
Dinita L. James, State Bar No. 25253
Direct Dial: (602) 627-3520
E-mail: djames@fordharrison.com

4
Christopher M. McFadden, State Bar No. 026308
Direct Dial: (602) 627-3524
E-mail: cmcfadden@fordharrison.com

5
Attorneys for Defendants Northwest Airlines, Inc.
and Delta Air Lines, Inc.

6

7

8



IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9
IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| 10 | Gerald Scarbrough, | ) |
| 11 | Plaintiff, | ) No. CV2010-002347 |
| 12 | vs. | ) **RESPONSE TO CERTIFICATE OF COMPULSORY ARBITRATION** |
| 13 | Northwest Airlines, Inc. and Delta Air Lines, Inc., | ) (Assigned to the Honorable Sam Myers) |
| 14 | Defendants. | ) |
| 15 | | |

16      Defendants Northwest Airlines, Inc. and Delta Air Lines, Inc. are unable to

17   respond to Plaintiff's Certificate of Compulsory Arbitration, served February 11, 2010,

18   because it is inherently contradictory. Plaintiff has identified that the award sought "does

19   not" exceed limits set by Local Rule for compulsory arbitration. However, Plaintiff also

20   states that that this case "is not" subject to compulsory arbitration. If the award sought

21   does not exceed limits set by Local Rule, as Plaintiff states, then the case must be subject

22   to compulsory arbitration. Alternatively, if the award sought does exceed limits set by

23   Local Rule, then the case is not subject to compulsory arbitration. *See* Ariz. R. Civ. P.

24   72(b); Super. Ct. L.R. – Maricopa Cty. 3.10.

25      Defendants respectfully request that the Court issue an Order requiring Plaintiff to

26   file an amended Certificate of Compulsory Arbitration that is not inherently contradictory

27   so that Defendants can respond.

28

1  DATED this 3rd day of March, 2010.

2

3                                  FORD & HARRISON LLP

4

                                   By: _____
5                                        Dinita L. James
6                                        Christopher M. McFadden
                                         2525 E. Camelback Rd., Suite 450
7                                        Phoenix, Arizona 85016
                                         Telephone: (602) 627-3520
8                                        Facsimile: (602) 627-3501
                                         djames@fordharrison.com
9                                        cmcfadden@fordharrison.com

10
                                       Attorneys for Defendants Northwest
11                                     Airlines, Inc. and Delta Air Lines, Inc.

12

13  Original filed with the Court,
    and a copy hand delivered, this
14  3rd day of March, 2010 to:

15
    The Honorable Sam Myers
16  Maricopa County Superior Court
    Judge of the Superior Court
17  201 W. Jefferson, 7th Flr.
18  Phoenix, Arizona 85003

19  Copy of the foregoing mailed this
    3rd day of March, 2010, to:
20

21  Gerald Scarbrough
    P.O. Box 91075
22  Phoenix, Arizona 85066
23  Pro Per Plaintiff

24

25  Phoenix:18589.1

26

27

28

RECEIVED   3/8/10 10:56 AM

MAR 10 2010

Gerald Scarbrough
    NON-ATTORNEY

P. O. BOX 91075
Phoenix, Arizona 85066
Phone (314) 497-2651



COPY

MAR 08 2010

MICHAEL K. JEANES, CLERK
    DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| Gerald Scarbrough | ) | Case NO. CV2010-002347 |
| | ) | |
| Plaintiff | ) | **AMENDMENT TO COMPLAINT** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| A | ) | Assigned to The Honorable |
| Northwest Airline Inc. / Delta Airline | ) | Judge ( Sam Myers ) |
| Inc. | ) | |
| | ) | |
| Defendants | ) | |

(A) Plaintiff is accusing Defendants of unfair practice, demotion, personal attacks, and discrimination of unfair job practices . Plaintiff is seeking $47,000.+ in lost wages plus punitive damages.

(B) Plaintiff is accusing Defendant of not paying Plaintiff 7 days of sick leave on an on the job injury, in the amount of $1,027.00 dollars. Plaintiff was sent to company doctor after a work injury and then later kept off work by personal doctor. All supporting documents were given to company .

(C) Plaintiff filed complaint with the Attorney Generals (AG) office regarding this matter. The manager attended a Question and Answer (Q/A) session with the AG's office. After the manager left the Q and A. The manager chose to sit down and discuss the information in the break room with employees. NO wittiness was contacted from the Plaintiff list only but, their were wittiness contacted from the company's list. The company has an zero tolerance policy on Alcohol and Drugs,Abusive Language,Theft ,Games and Gambling, Harassment. You cannot state out loud that you would do harm against an employee or you cannot physically harm another employee. Management allowed this to happen in front of them and took no action unless it was African American against Caucasian fighting or using Abusive Language and so on .

Def
cnm

3/8/10 10:56 AM

(D)  Plaintiff is accusing Defendants of  allowing certain employees to get away with the policy, and enforcing the policy to certain other employees. Management  would down play Caucasians on African Americans assaults,while NO action would be enforced against Caucasians workers when they attacked African Americans.

Dated this 8th day of March, 2010

Gerald Scarbrough

By:_____

NON- Attorney
P O   Box 91075
Phoenix, Arizona  85066
Phone # ( 314 )   497-2651

Original filed with the Court
and a copy hand delivered
this 8th day of March , 2010 to:

The Honorable Judge
Sam  Myers
Maricopa  County Superior Court
201  W Jefferson .7th Floor
Phoenix, Arizona  85003

Copy Of The foregoing mailed to:

Ford & Harrison LLP
2525 Camelback Road Suite 450
Phoenix, Arizona  85016

COPY

Your Name: Gerald Scarbrough
Mailing Address: P.O. Box 91075
City, State, Zip Code: Phoenix Arizona 85066
Daytime / Evening Phone: 314-047-2651
In this case I am a: ☒ Petitioner/Plaintiff or a ☐ Respondent/Defendant OR
☐ Represented by Attorney
Attorney Name: _____ Bar No.: _____
Attorney Phone: _____ Atty. Email: _____

MAR 08 2010

MICHAEL K. JEANES, CLERK
DEPUTY CLERK

## SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY

Gerald Scarbrough
Name of Petitioner/Plaintiff

Case Number: CV2010-002347

Northwest Airline Inc. / Delta Airline Inc.
Name of Respondent/Defendant

## MOTION TO SET AND CERTIFICATE OF READINESS

Assigned to: Sam Myers
Judge's Name

**INFORMATION ABOUT MY CASE:** You must check one box after each number. The statements must be true before you can check the box and file this document with the court.

1. ☒ **SET MY CASE FOR TRIAL.** By filing this motion, I am asking the court to set this case for trial. My case will be ready for trial on or after 7th of May 2010 (date). I have identified all issues known to me at this time, that are related to this matter.

2. ☐ **WE DO NOT AGREE.** A Petition or Complaint AND an Answer or Response in this case have been filed. The other party and I do not agree and we have not been able to settle this case.

3. ☐ **CIVIL CASE:** My case has a "CV" case number. The parties have completed, or will have had a reasonable opportunity to complete, Discovery within 60 days of the date I file this *"Motion to Set and Certificate of Readiness"* with the Clerk of the Court. (Discovery is the way to obtain facts and information from the other party. By checking this box and signing this document, I am telling the court that I have obtained all of the facts and information I need from the other party and that I have answered all discovery requests from the other party, OR that this will happen within 60 days from the date I sign this document.) Note: Both parties are required to give the other party a disclosure statement. See Rule 26.1. Arizona Rules of Civil Procedure.

**OR**

☐ **DOMESTIC RELATIONS/FAMILY COURT CASE:** My case has a "DR" OR "FC" OR "FN" case number. The parties have completed, or have had a reasonable opportunity to complete, Discovery. (Discovery is the way to obtain facts and information from the other party. By checking this box and signing this document, I am telling the court that I have obtained all of the facts and information I need from the other party, and that I have answered all discovery requests from the other party.)

© Superior Court of Arizona in Maricopa County
June 20, 2008
ALL RIGHTS RESERVED
MSE

1 of 3

GNT52f
Use current version

Case No.   *CV 2010 - 002347*

**4.** ☐ **INFORMATION ABOUT YOUR LAWYER** (if applicable):

☒ I do not have a lawyer.

(OR)

My Lawyer's Name:_____
Address:_____
City, State, Zip Code:_____
Telephone Number:_____

**5.** ☐ **INFORMATION ABOUT THE OTHER PARTY OR HIS/HER LAWYER**
(If other party has a lawyer, enter the information below *for the other party's lawyer*.)

Name: *Ford & Harrison*
Address: *2525 E Camelback Road  Suite 450*
City, State, Zip Code: *Phoenix  AZ,  85016*
Telephone Number: *(602) 627-3500*

**6.** ☐ **PREFERENCE FOR TRIAL.** This case ☐ is entitled or ☐ is not entitled to be heard
before other cases. Your case is entitled to be heard before other cases because it is a:
☐ Case granted a preference by statute or other rule of court.
The citation of the statute or rule is_____, OR
☐ Juvenile Case ("JV" case number)_____, OR
☐ Criminal Case ("CR" case number)_____, OR
☐ Family Court Case ("FC" case number)_____, OR
☐ Probate Case, ("PB" case number)_____, OR
☐ Short Cause Civil Case, (short case that can be heard in an hour or less) OR
☒ Hardship Civil Case, OR
☐ Mental Health Case ("MH" case number)_____.

**7.** ☒ **SHORT CASE.** This case may be heard in an hour or less. ☐ YES or ☐ NO ☒ NOT SURE

**8.** ☐ **ESTIMATED LENGTH OF TRIAL.** How long will the trial in this case last?
Estimated length of time: _____ hours or _____ days. (Refer to Instructions)

**9.** ☒ **CIVIL CASES ONLY. JURY TRIAL.** My case is a civil case, has a CV number, and I
want a jury trial. ☒ YES or ☐ NO

**10.** ☐ **CIVIL CASES ONLY. ARBITRATION.** The amount of money we have a dispute over is
approximately $ _____. (If the amount of money you are disputing over is less than
$50,000, your case is subject to Arbitration. If the amount of money you are disputing over is
more than $50,000, your case is not subject to Arbitration.) With this in mind, is your case subject
to Arbitration?
☐ YES or ☒ NO.

(Item 12 in instructions)

**11.** I state under penalty of perjury that the information and statements provided above are true and
correct.

*8th* of *March* 2010
Date

*[signature]*
Signature of Person Filing Document

© Superior Court of Arizona in Maricopa County
June 20, 2008
ALL RIGHTS RESERVED
MSE

2 of 3

GNT52f
Use current version

Case No. 2010-002347

## I declare to the Court, under penalty of perjury, that I have done the following:

1.   I gave the Clerk of the Court the ORIGINAL of the *"Motion to Set and Certificate of Readiness"*, to file, on this date: March 8, 2010 (month, day, year).

2.   **FOR FAMILY COURT CASES ONLY.** ☐ I gave Family Court Administration a COPY of the *"Motion to Set and Certificate of Readiness"* to deliver to the judge assigned to my case, on this date: _____ (month, day, year).

      FAMILY COURT OR CIVIL CASES. ☒ I put a COPY of the *"Motion to Set and Certificate of Readiness"* in the Judge's box, on this date: March 8, 2010 (month, day, year). (NOTE: At the Phoenix and Mesa courthouses, the box is located at Court Administration; At the Surprise courthouse, it is across from the Information Counter.)

      FAMILY COURT OR CIVIL CASES. ☐ I mailed a copy of the *"Motion to Set and Certificate of Readiness"* to the judge assigned to my case, on this date: _____ (month, day, year).

3.   (You must mail or deliver a copy of the *"Motion to Set and Certificate of Readiness"* to the other party or his/her lawyer. If there is a Court Order for the parties to not have contact, do NOT deliver in person to the other party.)

      I mailed or delivered a COPY of the "Motion to Set and Certificate of Readiness" to the other party or to his/her attorney at the address below on this date: _____
                                                                                              (month, day, year)

Northwest Airlines Inc / Delta Airlines Inc        Ford & Harrison
Name of Other Party                                Name of Other Party's Lawyer

P.O Box 45852/ Corporate Tax                       2525 E. Camelback Road Suite USC
Address                        Dept. 852           Lawyer's Address

Alanta, GA. 30320-5852                             Phoenix, Arizona 85016
City, State, Zip                                   City, State, Zip

By signing below, I declare to the Court, under penalty of perjury, that I have filed/mailed/delivered the attached document(s) as shown above.

_____                   8th of March 2010
Signature of Person Filing Document                Date

© Superior Court of Arizona in Maricopa County
June 20, 2008
ALL RIGHTS RESERVED
MSE

3 of 3                                             GNT52f
                                                   Use current version

FORD & HARRISON LLP

1   2525 East Camelback Road, Suite 450
    Phoenix, Arizona 85016
    Telephone: (602) 627-3500
2   Facsimile: (602) 627-3501

3   Dinita L. James, State Bar No. 25253
    Direct Dial: (602) 627-3520
    E-mail: djames@fordharrison.com

4   Christopher M. McFadden, State Bar No. 026308
    Direct Dial: (602) 627-3524
    E-mail: cmcfadden@fordharrison.com

5   Attorneys for Defendants Northwest Airlines, Inc
    and Delta Air Lines, Inc.

6





MAR 2 9 2010

MICHAEL K. JEANES, CLERK
D. STEPHENS
DEPUTY CLERK

7

8           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9              IN AND FOR THE COUNTY OF MARICOPA

10  Gerald Scarbrough,                  )
                                        )   No. CV2010-002347
11          Plaintiff,                  )
                                        )   **ANSWER TO AMENDMENT TO**
12  vs.                                 )   **COMPLAINT**
                                        )
13                                      )
14  Northwest Airlines, Inc. and Delta Air )   (Assigned to the Honorable
    Lines, Inc.,                        )   Sam Myers)
15                                      )
            Defendants.                 )
16  ————————————————————

17          Defendants Northwest Airlines, Inc. (Northwest) and Delta Air Lines, Inc.

    ("Delta") file their answers and defenses to the Amendment to Complaint filed by
18
    Plaintiff Gerald Scarbrough ("Plaintiff"), as follows:
19
                            **FIRST DEFENSE**
20
            With respect to some or all of Plaintiff's claims, Plaintiff's Amendment to
21
    Complaint fails to state a claim upon which relief can be granted.
22
                           **SECOND DEFENSE**
23
            Some or all of Plaintiff's claims are barred by applicable statutes of limitations.
24
                            **THIRD DEFENSE**
25
            All employment decisions regarding or affecting Plaintiff were based upon
26
    legitimate, non-discriminatory, non-retaliatory and reasonable business reasons that were
27
    in no way related to Plaintiff's race.
28

FORD & HARRISON ᴸᴸᴾ

**FOURTH DEFENSE**

If any improper, illegal, or discriminatory act was taken by any employee of Defendants against Plaintiff, it was outside the course and scope of that employee's employment, contrary to Defendants' policies and was not ratified, confirmed, or approved by Defendants. Thus, any such actions cannot be attributed to or imputed to Defendants.

**FIFTH DEFENSE**

Any improper, illegal or discriminatory actions by any employees of Defendants were independent, intervening and unforeseeable acts that were not ratified, confirmed or approved by Defendants and thus cannot be attributed or imputed to Defendants.

**SIXTH DEFENSE**

If Plaintiff is able to show any discrimination or retaliation occurred (which Defendants deny), Defendants reserve the right to assert a mixed-motive defense.

**SEVENTH DEFENSE**

Plaintiff has pled and filed this action in bad faith, and therefore should be barred from any recovery in this action.

**EIGHTH DEFENSE**

Without conceding that Plaintiff has suffered any damages as a result of any alleged wrongdoing by Defendants, Plaintiff has failed to mitigate or minimize the alleged damages.

**NINTH DEFENSE**

Defendants engaged in good-faith efforts to comply with the civil rights laws. Moreover, the conduct complained of by Plaintiff, if performed or carried out, was performed and carried out in good faith based upon reasonable grounds for believing that such conduct was not a violation of any law, and, therefore, Plaintiff fails to state a claim for punitive damages.

2

FORD & HARRISON LLP

1

**TENTH DEFENSE**

2      Defendants are not liable for punitive damages under federal or state law, because

3   neither Defendants nor any of their employees sufficiently high in their corporate

4   hierarchies committed any act with malice or reckless indifference to Plaintiff's federally

5   or state-protected rights, or approved, authorized or ratified, or had actual knowledge of

6   any such acts.

7

**ELEVENTH DEFENSE**

8      Some or all of Plaintiff's claims are barred because Plaintiff has failed to exhaust

9   administrative remedies.

10

**TWELFTH DEFENSE**

11      Some or all of Plaintiff's claims are pre-empted by federal law, including, without

12   limitation, the Employee Retirement Income Security Act of 1974 and the Railway Labor

13   Act.

14

**THIRTEENTH DEFENSE**

15      Defendants had and/or have in place a clear and well-disseminated policy against

16   discrimination on the basis of race and retaliation and a reasonable and available

17   procedure for handling complaints thereof, which provides for prompt and effective

18   responsive action.  To the extent Plaintiff unreasonably failed to take advantage of the

19   preventive or corrective opportunities provided by Defendants, or to avoid harm

20   otherwise, Plaintiff's claims of alleged discrimination and retaliation are barred.

21

**FOURTEENTH DEFENSE**

22      Plaintiff's claims are barred in whole or in part by the doctrines of waiver, and/or

23   estoppel.

24

**FIFTEENTH DEFENSE**

25      Defendants deny every allegation, whether express or implied, that is not

26   unequivocally and specifically admitted in the answer.

27

28

FORD & HARRISON ᴸᴸᴾ

**SIXTEENTH DEFENSE**

Defendants reserve the right to assert additional defenses as may be applicable during the course of this litigation.

**SEVENTEENTH DEFENSE**

Responding to the correspondingly lettered allegations of Plaintiff's Amendment to Complaint, Defendants state as follows:

A.      Defendants deny any illegal or actionable conduct occurred. Defendants deny that Plaintiff suffered the injury or damage alleged, or any other injury or damage whatsoever. Defendants further deny that Plaintiff is due the relief requested, or any other relief whatsoever. Defendants deny the remaining allegations in Plaintiff's Amendment to Complaint.

B.      Defendants admit that they paid and did not pay Plaintiff for sick and occupational injury leave pursuant to the terms of the then-applicable employee welfare benefit plan. Defendants deny the remaining allegations in paragraph B of Plaintiff's Amendment to Complaint.

C.      Based on information and belief, Defendants admit that Plaintiff has filed Charges of Discrimination with the Arizona Attorney General's Office. Defendants admit that Northwest had a Zero-Tolerance Policy that applied to all activities in the workplace that violated the law, Northwest's Code of Conduct, or Company polices on discrimination, harassment and equal opportunity in employment. Defendants deny the remaining allegations in paragraph C of Plaintiff's Amendment to Complaint.

D.      Defendants deny the allegations in paragraph D of Plaintiff's Amendment to Complaint.

WHEREFORE, Defendants respectfully request that this Court dismiss Plaintiff's Amendment to Complaint and this action with prejudice, award Defendants their costs and attorneys' fees incurred in this action, and award Defendants any such other relief that this Court deems just and proper.

4

FORD & HARRISON LLP

1    RESPECTFULLY SUBMITTED this 29th day of March, 2010.

2
                                          FORD & HARRISON LLP
3

4                                         By: _____
                                               Dinita L. James
5                                              Christopher M. McFadden
6                                              2525 E. Camelback Rd., Suite 450
                                               Phoenix, Arizona  85016
7                                              Telephone:  (602) 627-3520
                                               Facsimile:  (602) 627-3501
8                                              djames@fordharrison.com
9
                                          Attorneys for Defendants Northwest
10                                        Airlines, Inc. and Delta Air Lines, Inc.

11

12   Original filed with the Court,
     and a copy hand delivered on
13   March 29, 2010 to:

14   The Honorable Sam Myers
15   Maricopa County Superior Court
     Judge of the Superior Court
16   201 W. Jefferson, 7th Flr.
     Phoenix, Arizona  85003
17

18   Copy of the foregoing mailed on
     March 29, 2010, to:
19

20   Gerald Scarbrough
     P.O. Box 91075
21   Phoenix, Arizona  85066
     Pro Per Plaintiff
22

23

24   Phoenix:18665.1

25

26

27

28

                                          5

FORD&HARRISON⊔ᴾ

2525 East Camelback Road, Suite 450
Phoenix, Arizona 85016
Telephone: (602) 627-3500
Facsimile: (602) 627-3501

Dinita L. James, State Bar No. 25253
Direct Dial: (602) 627-3520
E-mail: djames@fordharrison.com

Christopher M. McFadden, State Bar No. 026308
Direct Dial: (602) 627-3524
E-mail: cmcfadden@fordharrison.com

Attorneys for Defendants Northwest Airlines, Inc
and Delta Air Lines, Inc.





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| Gerald Scarbrough, | ) | |
| Plaintiff, | ) | No. CV2010-002347 |
| | ) | |
| vs. | ) | **DEFENDANTS' CONTROVERTING** |
| | ) | **CERTIFICATE** |
| Northwest Airlines, Inc. and Delta Air | ) | |
| Lines, Inc., | ) | (Assigned to the Honorable |
| | ) | Sam Myers) |
| Defendants. | ) | |

Pursuant to Arizona Rule of Civil Procedure 38.1, Defendants Northwest Airlines, Inc. (Northwest) and Delta Air Lines, Inc. ("Delta") submit this Controverting Certificate in response to plaintiff Gerald Scarbrough's Motion to Set and Certificate of Readiness.

Plaintiff improperly filed the motion on March 8, 2010, before he had even served Defendants with his Amendment to Complaint. As the Court's specific instructions on the form state, each numbered statement "must be true before you can check the box and file this document with the court." Plaintiff did not and could not check the box corresponding with statement No. 2 because Defendants had not filed an Answer or Response to his Amendment to Complaint at the time he filed the Motion. For that reason alone, the Motion is improper.

Furthermore, this case will not be ready for trial by May 7, 2010—less than 6 weeks from Defendant's deadline to respond to the Amendment to Complaint. Pursuant

FORD & HARRISON LLP

1  to Maricopa County Superior Court Local Rule 3.4, the Motion to Set and Certificate of

2  Readiness certifies that the parties have completed, or will have had a reasonable

3  opportunity to complete, discovery within 60 days of filing the Motion to Set. To date, no

4  party has served initial disclosures, taken any discovery, or noticed any depositions. The

5  parties likely will not complete discovery within 60 days of Plaintiff's filing the Motion.

6      In addition, Defendants expect that they will file a fully dispositive summary

7  judgment motion after discovery is completed. The Court will need time to consider and

8  decide the motion. In the unlikely event a trial is still needed after the Court decides the

9  dispositive motion, this case would not be ready for trial until November 2010, at the

10  earliest.

11      DATED this 29th day of March, 2010.

12                                  FORD & HARRISON LLP

13

14                          By: _____

15                              Dinita L. James
                                Christopher M. McFadden
16                              2525 E. Camelback Rd., Suite 450
                                Phoenix, Arizona 85016
17                              Telephone: (602) 627-3520
                                Facsimile: (602) 627-3501
18                              djames@fordharrison.com

19

20                              Attorneys for Defendants Northwest
                                Airlines, Inc. and Delta Air Lines, Inc.

21

22

23

24

25

26

27

28

2

FORD & HARRISON ᴸᴸᴾ

1

2    Original filed with the Court,
    and a copy hand delivered on
3    March 29, 2010 to:

4
   The Honorable Sam Myers
5    Maricopa County Superior Court
    Judge of the Superior Court
6    201 W. Jefferson, 7th Flr.
   Phoenix, Arizona  85003
7

8    Copy of the foregoing mailed on
    March 29, 2010, to:
9

10   Gerald Scarbrough
    P.O. Box 91075
11   Phoenix, Arizona  85066
    Pro Per Plaintiff
12

13

14   Phoenix:18666.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

FORD & HARRISON LLP

1
2525 East Camelback Road, Suite 450
Phoenix, Arizona 85016
Telephone: (602) 627-3500

2
Facsimile: (602) 627-3501

3
Dinita L. James, State Bar No. 25253
Direct Dial: (602) 627-3520
E-mail: djames@fordharrison.com

4
Christopher M. McFadden, State Bar No. 026308
Direct Dial: (602) 627-3524
E-mail: cmcfadden@fordharrison.com

5
Attorneys for Defendants Northwest Airlines, Inc
and Delta Air Lines, Inc.

6

7
## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8
## IN AND FOR THE COUNTY OF MARICOPA

9

10  Gerald Scarbrough,                    )
                                          )   No. CV2010-002347
11            Plaintiff,                  )
                                          )   **NOTICE OF FILING NOTICE OF**
12  vs.                                   )   **REMOVAL**
                                          )
13  Northwest Airlines, Inc. and Delta Air )
14  Lines, Inc.,                          )   (Assigned to the Honorable
                                          )   Sam Myers)
15            Defendants.                 )
                                          )

16
**To:    Clerk of Court, Superior Court of the State of Arizona,**
17  **County of Maricopa:**

18
**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446,
19  Defendants serve this Notice that they have filed a Notice of Removal of the above-
caption action from this Court to the United States District Court for the District of
20  Arizona, Phoenix Division. A true and correct copy of the Notice of Removal is attached
hereto as Exhibit 1 and is incorporated herein by reference. As provided in 28 U.S.C.
21  § 1446(d), this Notice effects the removal of this action, and this Court shall proceed no
22  further unless or until this case is remanded.

23
RESPECTFULLY SUBMITTED this 7th day of April, 2010.

24

25
FORD & HARRISON LLP

26
By: _____
27
Dinita L. James
Christopher M. McFadden
28
Attorneys for Defendants

FORD & HARRISON LLP

Original filed with the Court,
and a copy hand delivered on
April 7, 2010 to:

The Honorable Sam Myers
Maricopa County Superior Court
Judge of the Superior Court
201 W. Jefferson, 7th Flr.
Phoenix, Arizona  85003

Copy of the foregoing mailed on
April 7, 2010, to:

Gerald Scarbrough
P.O. Box 91075
Phoenix, Arizona  85066
Pro Per Plaintiff

Phoenix:18683.1

2